■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY FOWORA, Appellant. [994 NYS2d 313]—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Suffolk County (Kahn, J.), imposed December 11, 2013, revoking a sentence of probation previously imposed

by the same court, upon a finding that he violated conditions thereof, upon his admission, and imposing a term of imprisonment upon his previous conviction of rape in the third degree, on the ground that the amended sentence was excessive.

Ordered that the amended sentence is affirmed.

The amended sentence was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi and Maltese, JJ., concur.